**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

RHR Information Services, Inc.

        Plaintiff,                      Court File No.:  06-cv-761 (MJD/SRN)

vs.

Screening Reports, Inc.,

        Defendant.

_____

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), upon the Stipulation of the Parties, the Court hereby Orders the Dismissal of the above-captioned case Without Prejudice.

                                        By the Court

Date:  April 12, 2006                  s / Michael J. Davis
                                            UNITED STATES DISTRICT JUDGE